MITCHELL BENESOWITZ, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents.

Submitted January 2, 2007; decided January 11, 2007

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.

In the Matter of HASAUN GRIGGER, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted November 20, 2006; decided January 11, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.